U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

AUG - 8 2006

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:04-CR-0071 (01) |
| | § | |
| JOSE ANTONIO CORDERO-MARTINEZ | § | |

## ORDER OVERRULING OBJECTIONS,
## ADOPTING REPORT AND RECOMMENDATION, AND
## DENYING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

Came this day for consideration the motion to vacate, set aside or correct sentence by a

person in federal custody filed by defendant JOSE ANTONIO CORDERO-MARTINEZ. After

holding an evidentiary hearing, the United States Magistrate Judge issued a Report and

Recommendation in this cause on July 21, 2006, and therein recommended that the instant

motion be denied. On August 3, 2006, defendant filed his objections to the Report and

Recommendation.

Having made an independent examination of the record in this case and having examined

the Report and Recommendation of the Magistrate Judge, the undersigned United States District

Judge hereby OVERRULES defendant's objections, and ADOPTS the Magistrate Judge's Report

and Recommendation. Accordingly, the motion to vacate, set aside or correct sentence filed by

defendant JOSE ANTONIO CORDERO-MARTINEZ is, in all things, DENIED.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2006.


_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE